| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Alan S. Wolf**          BAR ID: 94665<br>Daniel K. Fujimoto          BAR ID: 158575<br>The Wolf Firm, A Law Corporation<br>38 Corporate Park, Irvine, CA  92606<br>**Telephone # (949) 720-9200          Fax #  (949) 608-0128**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Movant* | **FILED & ENTERED**<br><br>APR 22 2008<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier      **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Morley Cambridge Tatro | CHAPTER:           7 |
|---|---|
| Debtor(s). | CASE NO.:        LA08-11451BR<br>DATE: 4/15/08<br>TIME:  10:00am<br>CTRM: 1668<br>FLOOR: 16th |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT:  Mortgage Electronic Registration Systems, Inc. (aka MERS) solely as a nominee for Amtrust Mortgage Corporation, its successors and assigns )

1. The Motion was:        ☐ Contested       ☒ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:*          **4499 Ashley Drive**
   *Apartment/Suite No.:*
   *City, State, Zip Code:*  **Titusville, FL  32780**

   Legal description or document recording number (including county of recording):

   LOT 6, HICKORY GREEN UNIT ONE, ACCORDING TO PLAT RECORDED IN PLAT BOOK 47, PAGE 81, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

   ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                          **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Morley Cambridge Tatro | | Debtor(s) | CASE NO: LA08-11451BR |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

###

DATED: April 22, 2008

_____
United States Bankruptcy Judge

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                    **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Morley Cambridge Tatro | | Debtor(s) | CASE NO: LA08-11451BR |

PROOF OF SERVICE

  I declare that I am employed in the County of Orange, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 38 Corporate Park, Irvine, CA  92606.  On April 18, 2008, I served an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

    SEE ATTACHED LIST MARKED AS

    EXHIBIT "1" AND INCORPORATED

    HEREIN BY REFERENCE

  I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on April 18, 2008, at Irvine, California.

        /s/ Jeany Lee
        JEANY LEE

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*  **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|
| Morley Cambridge Tatro | Debtor(s) | CASE NO: LA08-11451BR |

# EXHIBIT "1"

Morley Cambridge Tatro
225 West Verdugo Avenue, Apt. 302
Burbank, CA 91502

Allan S. Williams
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

Helen R. Frazer
17871 Park Plaza Drive, Suite. 200
Cerritos, CA 90703

Office of the U.S. Trustee - Los Angeles
725 S. Figueroa Street, 26th. Floor
Los Angeles, CA 90017

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007* **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Morley Cambridge Tatro | | Debtor(s) | CASE NO: LA08-11451BR |

## SERVICE LIST FOR NOTICE OF ENTRY OF ORDER

| SERVICE ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Allan S. Williams<br>Price Law Group, APC<br>15760 Ventura Boulevard, Suite 1100<br>Encino, CA 91436<br><br>Helen R. Frazer<br>17871 Park Plaza Drive, Suite. 200<br>Cerritos, CA 90703<br><br>Office of the U.S. Trustee - Los Angeles<br>725 S. Figueroa Street, 26th. Floor<br>Los Angeles, CA 90017<br><br>The Wolf Firm<br>38 Corporate Park<br>Irvine, CA  92606 | Morley Cambridge Tatro<br>225 West Verdugo Avenue, Apt. 302<br>Burbank, CA 91502 |

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                            **F 4001-1O.RP**